LIAM E. FELSEN (350451)
lfelsen@fbtlaw.com
FROST BROWN TODD LLP
633 W. Fifth Street, Suite 900
Los Angeles, CA 90071
Phone: (213) 629-7044
Fax: (213) 229-2499

Attorneys for Defendant
VIVINT, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANA HUGHES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VIVINT, INC., a New Jersey Corporation; and DOES 1 through 25, inclusive,

Defendant.

**CASE NO.:** 2:24-cv-03081-GW-KS

District Judge: George H. Wu
Magistrate Judge: Karen L. Stevenson

(Superior Court of California, County of Los Angeles, Case No. 24STCV06156)

**DECLARATION OF LIAM E. FELSEN IN SUPPORT OF JOINT STIPULATION TO CONTINUE/RESCHEDULE ORAL ARGUMENT ON MOTION TO DISMISS**

**Action Filed**: March 12, 2024
**Action Removed**: April 15, 2024

**Hearing Date:** July 15, 2024
**Hearing Time**: 8:30 a.m.
**Courtroom:** 9D – 9th Floor

I, Liam E. Felsen, declare as follows:

1. I am a Partner at Frost Brown Todd LLP, and I am an attorney licensed to practice law in the State of California. If called as a witness, I would and could



FROST BROWN TODD LLP
LOS ANGELES

competently testify to the matters contained herein which are personally known to me.

2. I am counsel of record for Defendant Vivint, Inc. ("Vivint").

3. On May 21, 2024, Vivint filed its Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss," [DN 11]), originally setting a hearing date for July 15, 2024 at 8:30 a.m.

4. On June 24, 2024, Plaintiff Dana Hughes ("Plaintiff") filed her opposition ([DN 13].

5. On July 1, 2024, Vivint filed its Reply ([DN 14].

6. Just recently it was determined that in another case there would be a mediation in San Jose, California, and that the mediation was to be in person. Two days ago, made flight reservations to fly out of town on Sunday, July 14, 2024 to be at the in-person mediation starting at 10:00 a.m. on July 15, 2024.

7. Not yet having heard from the Court as to in-person oral arguments and operating under the (now incorrect) assumption that the Court would either rule on the briefs or allow Zoom participation at oral arguments on July 15, 2024, I believed that these arrangements would allow for either contingency (no oral arguments, or remote participation).

8. Earlier today on July 11, 2024, the Court issued a text order [DN 15] notifying the parties that the Court wished to hold in-person oral arguments.

9. Realizing that this created a conflict, I immediately contacted Plaintiff's counsel Robert Tauler, who agreed to a joint stipulation to continue/reschedule the oral arguments.

10. In addition, and only one hour after receiving the Court's text order, I also received a call regarding a trial starting next Wednesday in which another client may wish me to suddenly become involved, which would require a great deal of immediate preparation if necessary.

11. Therefore, I humbly and respectfully request—upon joint stipulation of counsel for Plaintiff—that the Court reschedule the oral arguments to either August 5,

2024 or August 15, 2024, whichever is most convenient for the Court.

12. There have been no prior requests for continuance of this motion or oral arguments, only a prior joint stipulation to extend the deadline for Vivint to respond to the Complaint ([DN 9]).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on July 11, 2024, at Los Angeles, California.

LIAM E. FELSEN

FROST BROWN TODD LLP
LOS ANGELES

## CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is Frost Brown Todd LLP, 633 W. Fifth Street, Suite 900, Los Angeles, CA 90071.

On July 11, 2024, I served the following document(s) on the interested parties in this action: **DECLARATION OF LIAM E. FELSEN IN SUPPORT OF JOINT STIPULATION TO CONTINUE/RESCHEDULE ORAL ARGUMENT ON MOTION TO DISMISS**

☐ by placing the original and/or a true copy enclosed in (a) sealed envelope(s), addressed as follows:

| | |
|---|---|
| Robert Tauler<br>TAULER SMITH LLP<br>626 Wilshire Boulevard, Suite 550<br>Los Angeles, CA 90017 | Attorney for Plaintiff:<br>Dana Hughes<br><br>Phone: (213) 927-9270<br>Email: robert@taulersmith.com |

☒ **BY CM/ECF SYSTEM:** Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ **BY REGULAR MAIL:** I placed such envelope with postage fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC SERVICE:** I caused the document(s) to be sent to the persons at the electronic notification address listed in the Service List.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 11, 2024, at Los Angeles, California.

/s/ Julia Evans

Julia Evans

0145544.0782478 4890-5546-3632v1



FROST BROWN TODD LLP
LOS ANGELES