# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 24-3081-GW-KSx | Date | August 5, 2024 |
|---|---|---|---|
| Title | *Dana Hughes v. Vivint, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert Tauler | Liam E. Felsen |
| | Darrell C. Robinson |

**PROCEEDINGS:**   DEFENDANT VIVINT, INC.'S MOTION TO DISMISS [11]

The Court's Tentative Ruling on Defendant's Motion [11] was issued on July 12, 2024 [18]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Defendant's Motion is GRANTED without prejudice. Plaintiff will have until August 19, 2024 to file a First Amended Complaint. Statutory time to respond.

: 07

Initials of Preparer   JG