Robert Tauler, Esq. (SBN 241964)
robert@taulersmith.com
Matthew J. Smith, Esq. (SBN 240353)
matthew@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA HUGHES, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>VIVINT, INC., a New Jersey Corporation; and DOES 1 through 25, inclusive<br><br>Defendant. | Case No.: 2:24-cv-03081-GW-KS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Dana Hughes, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action without prejudice as to her individual claims, and without prejudice to the class claims. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, et al., Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED: September 24, 2024                    TAULER SMITH LLP

                                             By:  */s/ Robert Tauler*
                                                  Robert Tauler, Esq.
                                                  *Attorneys for Plaintiff*
                                                  *Dana Hughes*

# CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record by CM/ECF and by email to the following addresses:

LIAM E. FELSEN (350451)
lfelsen@fbtlaw.com
FROST BROWN TODD LLP
633 W. Fifth Street, Suite 900
Los Angeles, CA 90071

*Attorneys for Defendant*

DATED: September 24, 2024                    TAULER SMITH LLP

                                             By:   */s/ Robert Tauler*
                                                   Robert Tauler, Esq.
                                                   *Attorneys for Plaintiff*
                                                   *Dana Hughes*